

## Supreme Court of Missouri
en banc

December 20, 2022

In re:  Harry Morley Swingle, )
 )
    Respondent. ) Supreme Court No. SC99875
 ) MBE # 28764

### ORDER

    Now at this day, this Court being sufficiently advised of and concerning the premises and having considered the stipulation and statement of acceptance of the Disciplinary Hearing Panel decision filed by the parties;
    This Court finds that Respondent, Harry Morley Swingle, violated Rules 4-1.7(a)(2), 4-3.7, 4-3.8(d), and 4-8.4(d) of the Rules of Professional Conduct and should be disciplined.
    Upon consideration of these findings, previous decisions of this Court, ABA Standards for Imposing Lawyer Discipline, and aggravating and mitigating circumstances, this Court suspends Respondent's license for a period of three years from the date of this order.
    Fee pursuant to Rule 5.19(h) in the amount of $1,000.00 payable to the Clerk of this Court to the credit of the Advisory Committee Fund taxed to Respondent.
    Costs taxed to Respondent.

Day - to - Day

Paul C. Wilson
Chief Justice

STATE OF MISSOURI – SCT.:

I, Betsy AuBuchon, Clerk of the Supreme Court of Missouri, do hereby certify that the foregoing is a true copy of the order of said court, entered on the 20th day of December, 2022, as fully as the same appears of record in my office.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Supreme Court. Done at office in the City of Jefferson, State aforesaid, this 20th day of December, 2022.



_____, Clerk

_____, Deputy Clerk